■ F. RANDALL SMITH, Respondent, v TRAIN, SMITH COUNSEL, L. L. C., Appellant. (And a Third-Party Action.) [704 NYS2d 460] —Order, Supreme Court, New York County (Charles Ramos, J.), entered October 5, 1999, which denied defendant's motion for a preliminary injunction, unanimously affirmed, with costs.

Looking "behind and beyond the label to ascertain the true nature of the transaction" (*Purchasing Assocs. v Weitz*, 13 NY2d 267, 273), the motion court properly determined that the restrictive covenant at issue was made in connection with a contract of employment and properly exercised its discretion in denying the motion for a preliminary injunction since defendant failed to establish a likelihood of success on the merits, that it will suffer irreparable injury unless the injunction is granted and that the balance of equities lies in its favor (*see, Reed, Roberts Assocs. v Strauman*, 40 NY2d 303). The parties' conflicting allegations will most appropriately be resolved at a speedy trial at which all factual controversies maybe fully argued and expeditiously determined (*see, Matter of Federation to Preserve Greenwich Vil. Waterfront & Great Port v New York State Dept. of Transp.*, 150 AD2d 225). Concur—Sullivan, P. J., Nardelli, Wallach, Lerner and Buckley, JJ.